## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## 5:18-cv-72-FDW

| | | |
|---|---|---|
| **BERWYN ROBINSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **ALEXANDER CORRECTIONAL** | ) | |
| **INSTITUTION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on its August 30, 2018, Order requiring Plaintiff to pay the filing fee or file an application to proceed *in forma pauperis* and file a Third Amended Complaint. (Doc. No. 8). The Court warned Plaintiff that failing to comply within 10 days would result in this case's dismissal without prejudice. (Id.). Plaintiff has failed to file an application to proceed *in forma pauperis*, pay the filing fee, or file a Third Amended Complaint, and the time to do so has expired. This action will be dismissed without prejudice for failing to comply with a Court Order.

**IT IS, THEREFORE, ORDERED that:**

(1) This action is dismissed without prejudice for Plaintiff's failure to comply with this Court's order dated August 30, 2018.

(2) The Clerk of this Court is directed to terminate this action.

Signed: September 18, 2018

Frank D. Whitney
Chief United States District Judge

1